JS-6

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10                               EASTERN DIVISION

11   DANIEL C. CLARK,                    )
                                         )
12                      Plaintiff,       )     Case  No. EDCV 16-1418 AJW
                                         )
13          v.                           )         J U D G M E N T
                                         )
14   NANCY A. BERRYHILL,                 )
     Acting Commissioner of the Social   )
15   Security Administration,            )
                                         )
16                      Defendant.       )
     _____)

17

18         **IT IS ADJUDGED** that defendant's decision is **affirmed.**

19

20
     March 30, 2017
21                                       _____
22                                       ANDREW J. WISTRICH
                                         United States Magistrate Judge

23

24

25

26

27

28